UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO,<br><br>      Plaintiff,<br><br>  v.<br><br>GREYHOUND LINES, INC., TU PHUOC NGUYEN, and ENTERPRISE RENT-A-CAR,<br><br>      Defendants.<br>_____/ | No. 2:06-cv-1612-MCE-DAD<br><br><br><br>**RELATED CASE ORDER** |
| DUNBAR AITKENS,<br><br>      Plaintiff,<br><br>  v.<br><br>GREYHOUND LINES, INC., TU PHUOC NGUYEN, and ENTERPRISE RENT-A-CAR COMPANY OF OREGON,<br><br>      Defendants.<br>_____/ | No. 2:06-cv-2077-MCE-DAD |
| JANICE KUESTER,<br><br>      Plaintiff,<br><br>  v.<br><br>GREYHOUND LINES, INC. and TU PHUOC NGUYEN,<br><br>      Defendants.<br>_____/ | No. 2:07-cv-0398-WBS-GGH |

1

1    Examination of the above-entitled civil actions reveals that
2 these actions are related within the meaning of Local Rule 83-
3 123(a) (E.D. Cal. 1997).  The actions involve many of the same
4 defendants and are based on the same or similar claims, the same
5 property transaction or event, similar questions of fact and the
6 same questions of law, and would therefore entail a substantial
7 duplication of labor if heard by different judges.  Accordingly,
8 the assignment of the matters to the same judge is likely to
9 effect a substantial savings of judicial effort and is also
10 likely to be convenient for the parties.
11    The parties should be aware that relating the cases under
12 Local Rule 83-123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the action is
14 effected.  Under the regular practice of this court, related
15 cases are generally assigned to the district judge and magistrate
16 judge to whom the first filed action was assigned.
17    The Court previously related cases 2:06-cv-1612-MCE-DAD,
18 Maria Soto v. Greyhound Lines, Inc., et al. and 2:06-cv-2077-MCE-
19 DAD, Dunbar Aitkens v. Greyhound Lines, Inc., et al. per Order
20 dated September 29, 2006.
21    IT IS THEREFORE ORDERED that the action denominated 2:07-cv-
22 0398-WBS-GGH, Janice Kuester v. Greyhound Lines, Inc., et al. is
23 reassigned to Judge Morrison C. England, Jr. and Dale A. Drozd
24 for all further proceedings, and any dates currently set in this
25 reassigned case only are hereby VACATED.  The parties are
26 referred to the attached Order Requiring Joint Status Report.
27 Henceforth, the caption on documents filed in the reassigned case
28 shall be shown as 2:07-cv-0398-MCE-DAD.

1  IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4  IT IS SO ORDERED.

Dated: March 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3