UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNBAR AITKENS, ET AL., | No. 2:06-cv-02077-MCE-DAD |
| Plaintiffs, | |
| v. | **RELATED CASE ORDER** |
| GREYHOUND LINES, INC., ET AL., | |
| Defendants. | |
| YVONNE A. LA CLAIRE, | No. 2:07-cv-00989-LKK-KJM |
| Plaintiff, | |
| v. | |
| GREYHOUND LINES, INC., ET AL., | |
| Defendants. | |
| MARIA SOTO, ET AL., | No. 2:06-cv-01612-MCE-DAD |
| Plaintiffs, | |
| v. | |
| GREYHOUND LINES, INC., ET AL., | |
| Defendants. | |

1

1  JANICE KUESTER, ET AL.            No. 2:07-cv-00398-MCE-DAD
2              Plaintiffs,
3       v.
4  GREYHOUND LINES, INC., ET AL.
5              Defendants.
                                    /
6
7       Examination of the above-entitled civil actions reveals that
8  these actions are related within the meaning of Local Rule 83-
9  123(a) (E.D. Cal. 1997).  The actions involve many of the same
10 defendants and are based on the same or similar claims, the same
11 property transaction or event, similar questions of fact and the
12 same questions of law, and would therefore entail a substantial
13 duplication of labor if heard by different judges.  Accordingly,
14 the assignment of the matters to the same judge is likely to
15 effect a substantial savings of judicial effort and is also
16 likely to be convenient for the parties.
17      The parties should be aware that relating the cases under
18 Local Rule 83-123 merely has the result that both actions are
19 assigned to the same judge; no consolidation of the action is
20 effected.  Under the regular practice of this court, related
21 cases are generally assigned to the district judge and magistrate
22 judge to whom the first filed action was assigned.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

 IT IS THEREFORE ORDERED that the actions denominated 2:07-cv-00989-LKK-KJM, <u>Yvonne A. La Claire v. Greyhound Lines, Inc., et al.</u>, 2:06-cv-01612-MCE-DAD, <u>Maria Soto, et al. v. Greyhound Lines, Inc., et al.</u>, and 2:07-cv-00398-MCE-DAD, <u>Janice Kuester, et al. v. Greyhound Lines, Inc., et al.</u> are reassigned to Judge Morrison C. England, Jr. and Dale A. Drozd for all further proceedings, and any dates currently set in these reassigned cases only are hereby VACATED. The parties are referred to the attached Order Requiring Joint Status Report. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:07-cv-00989-MCE-DAD, 2:06-cv-01612-MCE-DAD, and 2:07-cv-00398-MCE-DAD.

 IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

 Dated: June 11, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE