UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO,<br><br>        Plaintiff,<br><br>  v.<br><br>GREYHOUND LINES, INC.,<br>TU PHUOC NGUYEN, ENTERPRISE<br>RENT-A-CAR COMPANY, and<br>DOES 1 through 50, inclusive,<br><br>        Defendants.<br>_____/ | No. 2:06-cv-01612-MCE-DAD<br>and related cases<br>No. 2:06-cv-02077-MCE-DAD<br>No. 2:07-cv-00398-MCE-DAD<br>No. 2:07-cv-00989-MCE-DAD<br>No. 2:07-cv-01231-MCE-DAD<br><br>**RELATED CASE ORDER** |
| OLGA MEADOR HERRERA,<br><br>        Plaintiff,<br><br>  v.<br><br>GREYHOUND LINES, INC.,<br>TU PHUOC NGUYEN, ENTERPRISE<br>RENT-A-CAR COMPANY, and<br>DOES 1 through 50, inclusive,<br><br>        Defendants.<br>_____/ | No. 2:07-cv-01229-LEW-DAD |
| SHERMAN KINARD,<br><br>        Plaintiff,<br><br>  v.<br><br>GREYHOUND LINES, INC., TU<br>PHUOC NGUYEN, and DOES 1<br>through 50, inclusive,<br><br>        Defendants.<br>_____/ | No. 2:07-cv-01255-FCD-EFB |

1     Examination of the above-entitled civil actions reveals that
2 these actions are related within the meaning of Local Rule 83-
3 123(a) (E.D. Cal. 1997).  The actions involve many of the same
4 defendants and are based on the same or similar claims, the same
5 property transaction or event, similar questions of fact and the
6 same questions of law, and would therefore entail a substantial
7 duplication of labor if heard by different judges.  Accordingly,
8 the assignment of the matters to the same judge is likely to
9 effect a substantial savings of judicial effort and is also
10 likely to be convenient for the parties.
11     The parties should be aware that relating the cases under
12 Local Rule 83-123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the action is
14 effected.  Under the regular practice of this court, related
15 cases are generally assigned to the district judge and magistrate
16 judge to whom the first filed action was assigned.
17     IT IS THEREFORE ORDERED that the action denominated
18 2:07-cv-01229-LEW-DAD, <u>Olga Meador Herrera v. Greyhound Lines,</u>
19 <u>Inc., et al.</u>, and 2:07-cv-01255-FCD-EFB, <u>Sherman Kinard v.</u>
20 <u>Greyhound Lines, Inc., et al.</u>, are reassigned to Judge Morrison
21 C. England, Jr. and Dale A. Drozd for all further proceedings,
22 and any dates currently set in this reassigned case only are
23 hereby VACATED.  The parties are referred to the attached Order
24 Requiring Joint Status Report.  Henceforth, the caption on
25 documents filed in the reassigned cases shall be shown as
26 2:07-cv-01229-MCE-DAD and 2:07-cv-01255-MCE-DAD.
27 ///
28 ///

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4    IT IS SO ORDERED.

Dated: August 6, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3