UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO,<br><br>        Plaintiff,<br><br>    v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>        Defendants.<br>_____/ | No. 2:06-cv-01612-MCE-DAD<br>and related cases<br>No. 2:07-cv-00398-MCE-DAD<br>No. 2:06-cv-02077-MCE-DAD<br>No. 2:07-cv-00989-MCE-DAD<br>No. 2:07-cv-01231-MCE-DAD<br>No. 2:07-cv-01229-MCE-DAD<br>No. 2:07-cv-01255-MCE-DAD<br><br>**RELATED CASE ORDER** |
| LARRY D. MARTIN, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>       Defendants.<br>_____/ | No. 2:07-cv-01934-LKK-EFB |
| FLORENCE MANEZ TEAGUE,<br><br>        Plaintiff,<br><br>    v.<br><br>TU PHUOC NGUYEN, et al.,<br><br>        Defendants.<br>_____/ | No. 2:07-cv-01630-LEW-CMK |

```
1  KENNETH ALLEN LEAK,                No. 2:07-cv-1943-LEW-CMK
2           Plaintiff,
3       v.
4  GREYHOUND LINES, INC., et
   al.,
5
            Defendants.
6  _____/
7
```

8     Examination of the above-entitled civil actions reveals that
9 these actions are related within the meaning of Local Rule 83-
10 123(a) (E.D. Cal. 1997).  The actions involve many of the same
11 defendants and are based on the same or similar claims, the same
12 property transaction or event, similar questions of fact and the
13 same questions of law, and would therefore entail a substantial
14 duplication of labor if heard by different judges.  Accordingly,
15 the assignment of the matters to the same judge is likely to
16 effect a substantial savings of judicial effort and is also
17 likely to be convenient for the parties.
18     The parties should be aware that relating the cases under
19 Local Rule 83-123 merely has the result that these actions are
20 assigned to the same judge; no consolidation of the action is
21 effected.  Under the regular practice of this Court, related
22 cases are generally assigned to the district judge and magistrate
23 judge to whom the first filed action was assigned.
24 ///
25 ///
26 ///
27 ///
28 ///

1    IT IS THEREFORE ORDERED that the actions denominated
2 2:07-cv-01934-LKK-EFB, Larry D. Martin, Jr. v. Greyhound Lines,
3 Inc., et al., 2:07-cv-01630-MCE-CMK, Florence Manez Teague v. Tu
4 Phuoc Nguyen, et al. and 2:07-cv-1943-LEW-CMK, Kenneth Allen Leak
5 v. Greyhound Lines, Inc., et al. are reassigned to Judge Morrison
6 C. England, Jr. for all further proceedings, and any dates
7 currently set in these reassigned cases only are hereby VACATED.
8 The parties are referred to the attached Order Requiring Joint
9 Status Report.  Henceforth, the caption on documents filed in
10 the reassigned cases shall be shown as 2:07-cv-01934-MCE-DAD,
11 2:07-cv-01630-MCE-DAD and 2:07-cv-01943-MCE-DAD.

12    IT IS FURTHER ORDERED that the Clerk of the Court make
13 appropriate adjustment in the assignment of civil cases to
14 compensate for this reassignment.

15    IT IS SO ORDERED.

Dated: November 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3