MATTHEW S. CONANT, State Bar No. 94920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
keg@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>　　　　　　Defendants. | Case No.  2:06-cv-01612-MCE-DAD<br>(*consolidated cases*)<br><br>**STIPULATION TO AMEND PRETRIAL STATUS SCHEDULING ORDER AND ORDER**<br><br>Date:　　　August 28, 2008<br>Time:　　　10 a.m. |

   WHEREAS the parties, diligently conducting discovery, need additional time to complete depositions and obtain pertinent medical records through subpoena:

   IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT: the discovery cutoff date of September 12, 2008, and all corresponding deadlines, other than the trial date of July 20, 2009, be continued 120 days.

Dated:   August 29, 2008　　　　　　　THOMPSON DERDOWSKI


　　　　　　　　　　　　　　　　　　　By:      /s/ *Terrance J. Thompson*
　　　　　　　　　　　　　　　　　　　　　TERRANCE J. THOMPSON, ESQ.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　LARRY D. MARTIN, JR.

1

| | | |
|---|---|---|
| 1 | Dated: August 28, 2008 | LAW OFFICE OF THOMAS SANTISTEVAN |

By: */s/ Raymond Thomas Santistevan*
RAYMOND THOMAS SANTISTEVAN, ESQ.
Attorneys for Plaintiff
BETHENE M. VALLES

Dated: September 2, 2008          KERSHAW, CUTTER & RATINOFF, LLP

By: */s/ Stuart C. Talley*
STUART C. TALLEY, ESQ.
Attorneys for Plaintiffs
JANICE KUESTER, DUNBAR AITKENS,
OLGA MEADOR HERRERA, SHERMAN
KINARD, SADIA PUDO AWOK, MARY
TARCISYO PUNO, SUSAN TARCISYO
PUNO, by and through her guardian ad litem
SADIA PUDO AWOK and DIANA TARCISYO
PUNO

Dated:   August 28, 2008          WALKER, HAMILTON & WHITE

By: */s/ Wilda White*
WILDA L. WHITE, ESQ.
Attorneys for Plaintiff
MARIA SOTO

Dated:   September 5, 2008          VANTASSELL, FORNASERO & WAGSTAFFE

By: */s/ Paul Wagstaffe*
PAUL WAGSTAFFE
Attorneys for Plaintiff,
FLORENCE TEAGUE

Dated:   August 31, 2008          REINER, SIMPSON & SLAUGHTER

By      */s/ Robert Simpson*
ROBERT G. SIMPSON
Attorneys for Plaintiff,
KENNETH ALLEN LEAK

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

2

Dated: August 29, 2008                    MURCHISON & CUMMING, LLP


By    */s/ Marilou R. Bustonera*
      MARILOU R. BUSTONERA
      Attorneys for Defendants,
      TU PHUOC NGUYEN and ENTERPRISE
      RENT-A-CAR


Dated: August 29, 2008                    LOMBARDI, LOPER & CONANT, LLP


By    */s/ Karen E. Giquinto*
      KAREN E. GIQUINTO
      Attorneys for Defendants,
      GREYHOUND LINES, INC.


## ORDER

**IT IS HEREBY ORDERED**:

Discovery to be completed by:              1-12-09

Disclosure of expert witness by:           3-12-09

Dispositive motions to be heard by:        5-15-09

Final pretrial conference SET for:         9-25-09 at 9:00AM

Joint pretrial statements to be filed by:  09-04-09

Jury Trial SET for:                        11-9-09 at 9:00AM


DATED: September 15, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3