MATTHEW S. CONANT, State Bar No. 94920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
keg@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:      (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>              Defendants. | Case No.  2:06-cv-01612-MCE-DAD<br>(*consolidated cases*)<br>Case No. 2:07-CV-00989-MCE-DAD<br><br>**STIPULATION OF VOLUNTARY<br>DISMISSAL AND ORDER**<br><br>     (Fed. R. Civ. P. §41(a)(1)) |
| YVONNE A. LA CLAIRE,<br><br>              Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>              Defendants. | |

          Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby

stipulated between defendant GREYHOUND LINES, INC. ("GREYHOUND") and plaintiff

YVONNE A. LA CLAIRE, by and through their undersigned attorneys, that plaintiff YVONNE

A. LA CLAIRE'S Complaint is dismissed with prejudice as to defendant GREYHOUND only.

The dismissal is based on the fact that a mutually agreed upon settlement has been reached on all

of the issues between both parties.

1

PDF created with pdfFactory trial version www.pdffactory.com

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

1    This action is not a class action; a receiver has not been appointed; and the action is not

2    governed by any statute of the United States that requires an order of the court for dismissal.

3    All parties to this action that have entered an appearance and that remain in the action

4    have executed this dismissal through the undersigned counsel of record.

5    Dated:    October 6, 2008                    LOMBARDI, LOPER & CONANT, LLP

6

7                                                 By _____ /s/ Karen E. Giquinto _____

8                                                        KAREN E. GIQUINTO
                                                         Attorneys for Defendant
9                                                        GREYHOUND LINES, INC.

10

11   Dated:    September 24, 2008                 LAW OFFICES OF BILL KUZIARA

12

13                                                By _____ /s/ William T. Kuziara _____

14                                                       BILL KUZIARA
                                                         Attorneys for Plaintiff
                                                         YVONNE A. LA CLAIRE
15

16   Dated:    October 6, 2008                    MURCHISON & CUMMING, LLP

17

18                                                By _____ /s/ Marilou Bustonera _____

19                                                       MARILOU BUSTONERA
                                                         Attorneys for Defendant§
20                                                       TU PHUOC NGUYEN

21

22

23

24

25

26

27

28

---

2

PDF created with pdfFactory trial version www.pdffactory.com

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1

**ORDER**

2

3    Based on the foregoing stipulation of the parties hereto, it is hereby ordered that

4 GREYHOUND LINES, INC. is dismissed from this action in its entirety with prejudice.  The

5 issue of costs and fees has been arranged in accordance to the settlement.

6 DATED: October 10, 2008

7

8    _____
MORRISON C. ENGLAND, JR
9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

3