MATTHEW S. CONANT, State Bar No. 94920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
keg@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>Defendants. | Case No.  2:06-cv-01612-MCE-DAD (*consolidated cases*)<br><br>**STIPULATION AND ORDER TO AMEND GREYHOUND'S ANSWERS TO ADD CROSS-CLAIMS AGAINST CO-DEFENDANTS TU PHUOC NGUYEN AND ENTERPRISE RENT-A-CAR**<br><br>Trial Date:  July 20, 2009 |

WHEREAS defendant Greyhound Lines, Inc. has discovered that it has not filed cross-claims against co-defendant Tu Phuoc Nguyen in the following consolidated cases: Dunbar Aitkens v. Greyhound Lines, Inc., et al.; Janice Kuester v. Greyhound Lines, Inc., et al.; Sadia Pudo Awok, et al. v. Greyhound Lines, Inc., et al.; Kenneth Allen Leak v. Greyhound Lines, Inc., et al.; Olga Meador Herrera v. Greyhound Lines, Inc., et al. and Sherman Kinard v. Greyhound Lines, et al.;

WHEREAS defendant Greyhound Lines, Inc. has discovered that it has not filed cross-claims against co-defendants Tu Phuoc Nguyen and Enterprise Rent-A-Car in the following consolidated cases: Florence Teague v. Tu Phuoc Nguyen, et al.; Larry D. Martin, Jr. v. Greyhound Lines, Inc., et al; and Maria Soto v. Greyhound Lines, Inc., et al.

///

1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS defendant Greyhound Lines, Inc. and defendants Tu Phuoc Nguyen and Enterprise Rent-A-Car have agreed that they do not oppose the filing of cross-claims against each other in the respective cases where cross-claims have not yet been filed:

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT: Greyhound Lines, Inc. may file cross-claims in the above listed consolidated cases, copies of which are attached hereto.

Dated: November 24, 2008          MURCHISON & CUMMING, LLP

By   /s/ Marilou R. Bustonera
MARILOU R. BUSTONERA
Attorneys for Defendants,
TU PHUOC NGUYEN and ENTERPRISE RENT-A-CAR

Dated:   November 24, 2008        LOMBARDI, LOPER & CONANT, LLP

By   */s/ Karen E. Giquinto*
KAREN E. GIQUINTO
Attorneys for Defendants,
GREYHOUND LINES, INC.

### **ORDER**

Based on the foregoing stipulation of the parties hereto, it is hereby ordered that the First Amended Answers and Cross-Claims of GREYHOUND LINES, INC. are hereby filed.

DATED: December 1, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com