1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIA SOTO, et al.,                No. 2:06-cv-01612-MCE-DAD

     Plaintiffs,              (Consolidated Cases)

    v.                        **ORDER RE: SETTLEMENT AND**
                                   **DISPOSITION**
GREYHOUND LINES, INC., et
al.,

     Defendants.
_____/

KENNETH ALLEN LEAK,
                                   No. 2:07-cv-01943-MCE-DAD
     Plaintiff,

    v.

GREYHOUND LINES, INC., et
al.,

     Defendants.
_____/


    Pursuant to the representations of the attorney for
Plaintiff, the Court has determined that this case is settled as
to Plaintiff Kenneth Allen Leak and Defendant Greyhound Lines,
Inc. ONLY.

///

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 20, 2009.

Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

IT IS SO ORDERED.

Dated: March 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE