MATTHEW S. CONANT, State Bar No. 094920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
kgiquinto@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:     (510) 433-2699

Attorneys for Plaintiff
GREYOUND LINES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>　　　　Defendants.<br>———————————————<br>KENNETH ALLEN LEAK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC.; TU PHUOC NGUYEN; and DOES 1 through 50, inclusive,<br>　　　　Defendants. | Case No.  2:06-cv-01612-MCE-DAD<br>(*consolidated cases*)<br>Case No.  2:07-CV-01943 MCE-DAD<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL; ORDER** |

   Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated between defendant GREYHOUND LINES, INC. ("GREYHOUND"), defendant TU PHUOC NGUYEN and plaintiff KENNETH ALLEN LEAK, by and through their undersigned attorneys, that plaintiff KENNETH ALLEN LEAK'S Complaint is dismissed with prejudice as to defendant GREYHOUND only.  The dismissal is based on the fact that a mutually agreed upon

PDF created with pdfFactory trial version www.pdffactory.com

settlement has been reached on all of the issues between both parties.

This action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

All parties to this action that have entered an appearance and that remain in the action have executed this dismissal through the undersigned counsel of record.

Dated: April 8, 2009                    LOMBARDI, LOPER & CONANT, LLP


By     /s/ Karen E. Giquinto
    KAREN E. GIQUINTO
    Attorneys for Defendant
    GREYHOUND LINES, INC.


Dated:   January 26, 2009               REINER, SIMPSON & SLAUGHTER


By     /s/ Robert G. Simpson
    ROBERT G. SIMPSON
    Attorneys for Plaintiff
    KENNETH ALLEN LEAK


Dated:   April 3, 2009                  MURCHISON & CUMMING, LLP


By     /s/ Heidi Quan for
    MARILOU BUSTONERA
    Attorneys for Defendant§
    TU PHUOC NGUYEN

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Based on the foregoing stipulation of the parties hereto, it is hereby ordered that GREYHOUND LINES, INC. is dismissed from plaintiff KENNETH ALLEN LEAK'S Complaint this action in this matter, with prejudice. The issue of costs and fees has been arranged in accordance to the settlement.

DATED: April 28, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE