Walter H. Walker, III (SBN 63117)
Clarissa E. Kearns (SBN 244732)
WALKER, HAMILTON & KOENIG LLP
50 Francisco Street, Ste. 460
San Francisco, CA 94133
Telephone: 415/986-3339
Facsimile: 415/986-1618

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARIA SOTO,<br><br>    Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.<br><br>    Defendants.<br><br>And Related Actions | **Case No. 2:06-01612-MCE-DAD**<br>*(Consolidated Cases)*<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF PART OF ACTION; ORDER**<br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between plaintiff MARIA SOTO, defendant ENTERPRISE RENT-A-CAR, defendant TU PHUOC NGUYEN, and defendant GREYHOUND LINES, INC., by and through their undersigned counsel, that plaintiff MARIA SOTO's complaint is dismissed with prejudice as to defendant GREYHOUND LINES, INC., <u>only</u>.  The dismissal is based on the fact that a mutually agreed upon settlement has been reached on all issues between plaintiff MARIA SOTO and defendant GREYHOUND LINES, Inc.

This action does not require court approval for dismissal pursuant to any statute of the United States, and because it is not a class action (Fed. R. Civ. P. 23(e)) and no equity receiver has been appointed (Fed. R. Civ. P. 66).

<u>Soto v. Greyhound Lines, Inc., et al.</u>
Stipulation for Dismissal; Order
Case No.: 2:06-01612-MCE-DAD                                                                                        -1-

1 **IT IS HEREBY STIPULATED.**

2 Dated: June 2, 2009                    **Walker, Hamilton & Koenig LLP**

3

4 ____/s/_____
Clarissa Kearns
Attorneys for plaintiff Maria Soto

5

6 Dated: June 2, 2009                    **Lombardi Loper & Conant LLP**

7 ____/s/_____
Karen Giquinto

8 Attorneys for defendant Greyhound Lines, Inc

9 Dated: June 2, 2009                    **Field & Sanders**

10

11 ____/s/_____
David Sanders

12 Co-counsel for defendants & cross-complainants Tu Phuoc Nguyen, and

13 Enterprise Rent-A-Car

14 Dated: June 2, 2009                    **Murchison & Cummings LLP**

15

16 ____/s/_____
Heidi Quan
Co-counsel for defendants & cross-

17 complainants Tu Phuoc Nguyen, and Enterprise Rent-A-Car

18

19
**IT IS SO ORDERED.**

20

21 Dated: September 8, 2009

22 _____

23 MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

24

25

26

27 Soto v. Greyhound Lines, Inc., et al.
Stipulation for Dismissal; Order

28 Case No.: 2:06-01612-MCE-DAD                                                    -2-