1  Walter H. Walker, III (SBN 63117)
   walter@whk-law.com
2  Clarissa E. Kearns (SBN 244732)
   clarissa@whk-law.com
3  WALKER, HAMILTON & KOENIG LLP
4  50 Francisco Street, Ste. 460
   San Francisco, CA 94133
5  Telephone: (415) 986-3339
6  Facsimile: (415) 986-1618

7  Attorneys for Plaintiff
   MARIA SOTO
8

9                  UNITED STATES DISTRICT COURT
10                 EASTERN DISTRICT OF CALIFORNIA
11                       SACRAMENTO DIVISION
12

13 | MARIA SOTO,                          | Case No. 2:06-cv-01612-MCE-DAD
14 |     Plaintiff,                       | *(consolidated cases)*
15 |     vs.                              | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT ENTERPRISE RENT-A-CAR**
16 | GREYHOUND LINES, INC., et al.,       |
17 |     Defendants.                      | [Fed. R. Civ. P. 41(a)(2)]
18
19 | AND RELATED CASES.                   |
20

21
22         Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby stipulated by and
23 between plaintiff MARIA SOTO and defendant ENTERPRISE RENT-A-CAR, by and through their
24 undersigned counsel, that plaintiff MARIA SOTO's complaint is dismissed as to defendant
25 ENTERPRISE RENT-A-CAR, in exchange for the parties' mutual waiver of court costs and attorneys'
26 fees.
27
28

This action does not require court approval for dismissal pursuant to any statute of the United States, and because it is not a class action (Fed. R. Civ. P. 23(e)) and no equity receiver has been appointed. Fed. R. Civ. P. 66.

**IT IS HEREBY STIPULATED.**

DATED: December 23, 2009  WALKER, HAMILTON & KOENIG LLP

By:   /s/ Clarissa E. Kearns
      Clarissa E. Kearns
      Attorneys for plaintiff
      MARIA SOTO

DATED: December 23, 2009  FIELD & SANDERS

By:   /s/ David M. Sanders
      * David M. Sanders
      Attorneys for defendants & cross-complainants Tu Phuoc Nguyen, and ENTERPRISE RENT-A-CAR
      * Mr. Sanders provided his consent that this document be electronically filed.

**IT IS SO ORDERED.**

Dated: December 29, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE