1 | DAVID M. SANDERS, ESQ. – State Bar No. 131297
david.sanders@farmersinsurance.com
2 | **FIELD & SANDERS**
3249 Quality Drive, Suite 120
3 | Rancho Cordova, CA 95670
Phone: (916) 851-3700
4 | Fax: (916) 851-3730

Attorney for Cross-Defendant,
ENTERPRISE RENT-A-CAR OF OREGON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO, <br><br> Plaintiff, <br><br> vs. <br><br> GREYHOUND LINES, INC., et al., <br><br> Defendants. | Case No.: 2:06-CV-01612-MCE-DAD <br> (*Consolidated cases*) <br><br> **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF CROSS-DEFENDANT ENTERPRISE RENT-A-CAR [Fed. R. Civ. P. 41(a)(2)]** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Cross-Complainant GREYHOUND LINES, INC. and Cross-Defendant ENTERPRISE RENT-A-CAR, by and through their undersigned counsel, that Cross-Complainant GREYHOUND LINES, INC.'s Cross-Complaint is Dismissed without prejudice as to Cross-Defendant ENTERPRISE RENT-A-CAR, in exchange for the parties' mutual waiver of court costs and attorney's fees.

This action does not require court approval for dismissal pursuant to any statute of the United States, and because it is not a class action (Fed. R. Civ. P. 23(e)) and no equity receiver has been appointed (Fed. R. Civ. P. 66).

///

///

///

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF CROSS-DEFENDANT ENTERPRISE RENT-A-CAR** - 1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY STIPULATED.**

DATED: January 29, 2010       FIELD & SANDERS

                              BY: _____/S/_____
                              DAVID M. SANDERS, ESQ.
                              Attorney for Cross-Defendant,
                              ENTERPRISE RENT-A-CAR OF OREGON

DATED: January 29, 2010       LOMBARDI, LOPER & CONANT, LLP

                              BY: _____/S/_____
                              KAREN GIQUINTO
                              Attorney for Defendant/Cross-Complainant,
                              GREYHOUND LINES, INC.

**IT IS SO ORDERED.**

Dated: January 28, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF CROSS-DEFENDANT ENTERPRISE RENT-A-CAR** - 2

PDF created with pdfFactory trial version www.pdffactory.com