MATTHEW S. CONANT, State Bar No. 94920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
keg@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:06-cv-01612-MCE-DAD<br>(*consolidated cases*)<br><br><u>Related with:</u><br>2:07-cv-01630-MCE-DAD (Teague)<br>2:07-cv-01934 MCE-DAD (Martin)<br><br>**STIPULATION AND VOLUNTARY DISMISSAL; ORDER** |
| JANICE KUESTER, et al.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:07-cv-00398-MCE-DAD |
| GREYHOUND LINES,<br><br>　　　　Cross-Claimant,<br><br>v.<br><br>TU PHUOC NGUYEN; and ROES 1 through 50, inclusive,<br><br>　　　　Cross-Defendants. | |

Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated between defendant GREYHOUND LINES, INC. ("GREYHOUND") and plaintiff JANICE KUESTER, by and through their undersigned attorneys, that plaintiff JANICE KUESTER's Complaint is dismissed with prejudice as to defendant GREYHOUND only. The dismissal is based on the fact that a mutually agreed upon settlement has been reached on all of the issues between both parties. Each party is to bear their own attorneys fees and court costs.

This action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

All parties to this action that have entered an appearance and that remain in the action have executed this dismissal through the undersigned counsel of record.

Dated: April 29, 2010                LOMBARDI, LOPER & CONANT, LLP


By      /s/ Karen E. Giquinto
         KAREN E. GIQUINTO
         Attorneys for Defendant
         GREYHOUND LINES, INC.


Dated: May 20, 2010                  KERSHAW, CUTTER & RATINOFF, LLP


By      /s/ Stuart C. Talley
         STUART C. TALLEY
         Attorneys for Plaintiff
         JANICE KUESTER

1 **ORDER**

3    Pursuant to the foregoing stipulation of the parties hereto, it is hereby ordered that GREYHOUND LINES, INC. is dismissed from the action brought by Plaintiff Janice Kuester, with prejudice. The issue of costs and fees has been resolved in accordance to the settlement.

DATED: May 26, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE