MATTHEW S. CONANT, State Bar No. 94920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
keg@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>　　　　　Defendants. | Case No.  2:06-cv-01612-MCE-DAD<br>(*consolidated cases*)<br><br><u>Related with:</u><br>2:07-cv-01630-MCE-DAD (Teague)<br>2:07-cv-01934 MCE-DAD (Martin)<br><br>**STIPULATION AND VOLUNTARY DISMISSAL; ORDER** |
| OLGA MEADOR HERRERA, et al.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>　　　　　Defendants. | Case No.  2:07-cv-01229-MCE-DAD |
| GREYHOUND LINES,<br><br>　　　　　Cross-Claimant,<br><br>v.<br><br>TU PHUOC NGUYEN; and ROES 1 through 50, inclusive,<br><br>　　　　　Cross-Defendants. | |

30407-34934 KEG 583096.1　　　　　　　　1　　　　　　CASE NO. 2:06-CV-01229 MCE DAD

STIPULATION AND VOLUNTARY DISMISSAL

Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated between defendant GREYHOUND LINES, INC. ("GREYHOUND") and plaintiff OLGA MEADOR HERRERA, by and through their undersigned attorneys, that plaintiff OLGA MEADOR HERRERA's Complaint is dismissed with prejudice as to defendant GREYHOUND only. The dismissal is based on the fact that a mutually agreed upon settlement has been reached on all of the issues between both parties. Each party is to bear their own attorneys fees and court costs.

This action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

All parties to this action that have entered an appearance and that remain in the action have executed this dismissal through the undersigned counsel of record.

Dated: April 29, 2010              LOMBARDI, LOPER & CONANT, LLP


                                    By    /s/ Karen E. Giquinto
                                         KAREN E. GIQUINTO
                                         Attorneys for Defendant
                                         GREYHOUND LINES, INC.

Dated: May 20, 2010                KERSHAW, CUTTER & RATINOFF, LLP


                                    By    /s/ Stuart C. Talley
                                         STUART C. TALLEY
                                         Attorneys for Plaintiff
                                         OLGA MEADOR HERRERA

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30407-34934 KEG 583096.1                 2               CASE NO. 2:06-CV-01229 MCE DAD
STIPULATION AND VOLUNTARY DISMISSAL

1 **ORDER**

3   Given the foregoing stipulation of the parties hereto, it is hereby ordered that GREYHOUND LINES, INC. is dismissed, with prejudice, from the action brought by Plaintiff Olga Meador Herrera.  The issue of costs and fees has been arranged in accordance to the settlement.

DATED: May 26, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541