|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | **FILED**<br>July 6, 2010<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>DEPUTY CLERK |
| EASTERN DISTRICT OF CALIFORNIA | |

### JUDGMENT IN A CIVIL CASE

Sherman Kinard

                v.            CASE NUMBER: CIV S-2:06-cv-1612

Greyhound Lines

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 07/06/2010.**

                                            Victoria C. Minor,
                                            Clerk of the Court

ENTERED:   July 6, 2010

                                            by: /s/ Jeremy J. Donati
                                            Jeremy J. Donati, Deputy Clerk