UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIA PUNO AWOK, MARY TARCISYO PUNO, SUSAN TARCISYO PUNO, DIANA TARCISYO PUNO,<br><br>Plaintiffs,<br>v.<br><br>GREYHOUND LINES, INC., TU PHUOC NGUYEN, ENTERPRISE RENT-A-CAR COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:06-CV-01612 MCE-DAD<br>(*Consolidated Cases*)<br><br>**JUDGMENT** |

WHEREAS, on May 28, 2010 this Court ordered the claims of Mary Puno, Susan Puno, Diana Puno, and Sadia Awok against Greyhound Lines, Inc. to be submitted to binding arbitration;

WHEREAS, on or about June 28, 2010 the matter was submitted to the arbitrator, Ernest A. Long, for consideration;

WHEREAS, on July 13, 2010 the arbitrator appointed to hear this matter entered the award attached hereto as **Exhibit A**.

///

///

///

30407-34934 JDH 587634.1

JUDGMENT   CASE NO. 2:06-CV-01612 MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY ORDERED, that judgment be entered in favor of Greyhound Lines, Inc. in accordance with the terms of the award attached hereto as **Exhibit A**. Defendant Tu Phuoc Nguyen has already been dismissed from this litigation pursuant to the Court's October 19, 2009 Order (Docket No. 174).

Dated: August 11, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com