WILLIAM T. KUZIARA, State Bar No.  83572
LAW OFFICES OF WILLIAM T. KUZIARA
713 Spring Street
Santa Rosa, CA 95404
Tel.  (707) 546-1040
Fax. (707) 542-7139
bill@kuzilaw.com

Attorney for Plaintiff
YVONNE A. LA CLAIRE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO, et al, | Case No.: 2:06-cv-01612- MCE-DAD (*consolidated cases*) |
| Plaintiffs, | Related With: 2-07-cv-00989-MCE-DAD |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE;** |
| GREYHOUND LINES, INC., et al, | **ORDER** |
| Defendants. / | **[FRCP §41(a)(1)(ii)]** |
| | |
| YVONNE A. LA CLAIRE, | |
| Plaintiff, | |
| v. | |
| GREYHOUND LINES, INC., et al, | |
| Defendants. / | |

//
//
//
//

2:06-CV-01612-MCE-DAD/ 2:07-cv-MCE-DAD
Stipulation and Voluntary Dismissal With Prejudice; [Proposed] Order

IT IS HEREBY STIPULATED between Plaintiff YVONNE A. LA CLAIRE and Defendant GREYHOUND LINES, INC., by and through their counsel of record, that Case No.: 2-07-cv-00989-MCE-DAD may be dismissed with prejudice.

DATED: September 28, 2010      LAW OFFICE OF BILL KUZIARA

By: ___/s/_____
    WILLIAM T. KUZIARA
    Attorney for Plaintiff
    YVONNE A. LA CLAIRE

DATED: October 5, 2010         LOMBARDI, LOPER & CONANT, LLP

By: ___/s/_____
    MATTHEW S. CONANT
    Attorney for Defendant
    GREYHOUND LINES, INC.

### ORDER

Good cause appearing, and the parties having stipulated and agreed,

**IT IS SO ORDERED** that Case No. 2-07-cv-00989-MCE-DAD entitled *YVONNE A. LA CLAIRE v. GREYHOUND LINES, INC., et al*, is dismissed with prejudice.

Dated: October 19, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

2:06-CV-01612-MCE-DAD/ 2:07-cv-MCE-DAD
Stipulation and Voluntary Dismissal With Prejudice; [Proposed] Order