1  MATTHEW S. CONANT, State Bar No. 94920
   msc@llcllp.com
2  JEFFREY D HOSKING, State Bar No. 163975
   jdh@llcllp.com
3  KAREN E. GIQUINTO, State Bar No. 228261
   keg@llcllp.com
4  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
5  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
6  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
7
   Attorneys for Defendant
8  GREYHOUND LINES, INC.

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  MARIA SOTO, et al., | Case No.  2:06-cv-01612-MCE-DAD *(consolidated cases)* |
| 13            Plaintiffs, | |
| | **STIPULATION AND VOLUNTARY DISMISSAL** |
| 14  v. | |
| 15  GREYHOUND LINES, INC., et al., | |
| 16            Defendants. | |
| 17  FLORENCE TEAGUE, et al., | Case No.  2:07-cv-01630-MCE-DAD |
| 18            Plaintiff, | |
| 19  v. | |
| 20  GREYHOUND LINES, INC., et al., | |
| 21            Defendants. | |
| 22 | |
| 23  GREYHOUND LINES, | |
| 24            Cross-Claimant, | |
| 25  v. | |
| 26  TU PHUOC NGUYEN; and ROES 1 through 50, inclusive, | |
| 27            Cross-Defendants. | |

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

1  Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby
2  stipulated between defendant GREYHOUND LINES, INC. ("GREYHOUND") and plaintiff
3  FLORENCE TEAGUE, by and through their undersigned attorneys, that plaintiff FLORENCE
4  TEAGUE'S Complaint is dismissed with prejudice as to defendant GREYHOUND only.  The
5  dismissal is based on the fact that a mutually agreed upon settlement has been reached on all of
6  the issues between both parties.  Each party is to bear their own attorneys fees and court costs.

   This action is not a class action; a receiver has not been appointed; and the action is not
   governed by any statute of the United States that requires an order of the court for dismissal.

   All parties to this action that have entered an appearance and that remain in the action
   have executed this dismissal through the undersigned counsel of record.

Dated:  December 6, 2010          LOMBARDI, LOPER & CONANT, LLP

                                  By     /s/ *Karen E. Giquinto*
                                       KAREN E. GIQUINTO
                                  Attorneys for Defendant, GREYHOUND
                                  LINES, INC.

Dated:  December 10, 2010         VANTASSELL, FORNASERO &
                                  WAGSTAFFE

                                  By     /s/ *Paul J. Wagstaffe*
                                       PAUL J. WAGSTAFFE
                                  Attorneys for Plaintiff, FLORENCE TEAGUE

### ORDER

Based on the foregoing stipulation of the parties hereto, and good cause appearing therefore, it is hereby ordered that GREYHOUND LINES, INC. is dismissed from the instant action, filed by Plaintiff Florence Teague, in its entirety with prejudice.  The issue of costs and fees has been arranged in accordance to the settlement.

DATED: December 21, 2010

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE