1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MARIA SOTO,                          No. 2:06-cv-01612-MCE-DAD
                                          (Consolidated and Related
12           Plaintiff,                   Cases)

13       v.                               **ORDER**

14   GREYHOUND LINES, INC., et al.,

15           Defendants.

16                              ----oo0oo----

17       The parties are ordered to advise this Court of any pending

18   claims remaining in the lead case and any related cases.

19   Notification must be filed electronically by **March 16, 2011**, and if

20   no such notification(s) is/are filed, the lead case and all related

21   matters will be administratively closed without further notice to

22   the parties.

23       IT IS SO ORDERED.

24   DATE:  March 9, 2011

25

26                                    _____
                                      MORRISON C. ENGLAND, JR.
27                                    UNITED STATES DISTRICT JUDGE

28

                                       1